JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MARY SHEEHAN, | Case No. EDCV 19-1187-AB (JPR) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: April 28, 2021

HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE